**Order entered December 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01356-CV

### OLGA LESYA SYTNIANSKA ZEDRICK, Appellant

### V.

### STANISLAV BILDER, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-04816-2017**

## ORDER

The Court has been informed that the requested hearing in this case was not recorded.

Because the clerk's record has been filed, appellant's brief is due **THIRTY DAYS** from the date

of this order.

/s/  DAVID EVANS
    JUSTICE